1

2

3

4

5

6

7

8
                    UNITED STATES DISTRICT COURT

9
             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL DEWAYNE AIKENS,                Case No.  1:24-cv-01554-HBK (HC)

12                    Petitioner,           ORDER DIRECTING CLERK OF COURT TO
                                            ASSIGN CASE TO DISTRICT JUDGE AND
13           v.                             CLOSE CASE

14    DOERER, Warden, USP Atwater,          (Doc. No. 6)

15                    Respondent.

16

17

18

19          Petitioner, Daniel Dewayne Aikens ("Petitioner"), a federal prisoner proceeding pro se,

20   initiated this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 on

21   December 18, 2024.[1]  (Doc. No. 1, "Petition").  On February 3, 2025, Petitioner filed a motion to

22   voluntarily dismiss his Petition.  (Doc. No. 6).

23          The Federal Rules of Civil Procedure may be applied to habeas proceedings to the extent

24   such rules are not inconsistent with the statutory provisions of the Habeas Rules.  Rules

25   Governing Section 2254 Cases in the United States District Court, Rule 12.  *See also*, Fed. R.

26   Civ. P. 81(a)(4).  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the

27   _____

28   [1] This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302
     (E.D. Cal. 2022).

1  plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the

2  opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P.

3  41(a)(1)(A)(i).  Voluntary dismissal under this rule requires no action on the part of the court and

4  divests the court of jurisdiction upon the filing of the notice of voluntary dismissal.  *See United*

5  *States v. 475 Martin Lane*, 545 F.3d 1134, 1145 (9th Cir. 2008) (voluntary dismissal pursuant to

6  Rule 41(a)(1)(A)(i) is self-executing and requires no further action by court).  Rule 41(a)(1) has

7  been found to apply in the habeas context where the respondent had not yet filed an answer to the

8  petition.  *See Bhamani v. Apker*, 2018 WL 684896, at *1 (E.D. Cal. Feb. 1, 2018) ("Rule 41(a)(1)

9  has been found to apply in the habeas context where the respondent had not yet filed an answer to

10  the petition.") (collecting cases).

11       In this case, Respondent has not yet been directed to Respond to the Petition, and

12  therefore has not served either an answer or a motion for summary judgment.  Thus, Petitioner's

13  notice of dismissal is effective upon its filing and without a court order pursuant to Federal Rule

14  of Civil Procedure 41(a)(1)(A)(i).  The dismissal is deemed to be without prejudice because the

15  notice does not state otherwise.  Fed. R. Civ. P. 41(a)(1)(B).

16       ACCORDINGLY, it is hereby ORDERED:

17       The Clerk of Court shall assign this case to a district judge and then **CLOSE** this case to

18  reflect Petitioner's notice of voluntary dismissal and terminate all deadlines and motions.

19

20  Dated:    February 4, 2025

21                                                    HELENA M. BARCH-KUCHTA
                                                      UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

2